MARÍA G. DÍAZ, SBN 220087
KIRBY F. CAÑON, SBN 276414
**ALLRED, MAROKO & GOLDBERG**
6300 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CALIFORNIA  90048-5217
Telephone No. (323) 653-6530
Fax No. (323) 653-1660
mdiaz@amglaw.com
kcanon@amglaw.com

**Attorneys for** Plaintiff, **KEELA CASTLE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELA CASTLE, an Individual, | CASE NO.: 2:19-cv-02355-JAK (FFMx) |
| Plaintiff, | |
| vs. | **THE PARTIES' JOINT NOTICE OF CONDITIONAL SETTLEMENT** |
| COUNTY OF LOS ANGELES, A Public Entity; ADAM WOODS, an Individual; and DOES 1 through 50, inclusive, | **Complaint Filed:**  February 22, 2019 |
| Defendants. | |

- 1 -
**THE PARTIES' JOINT NOTICE OF  CONDITIONAL SETTLEMENT**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Keela Castle, Defendants County of Los Angeles and Defendant Adam Woods (collectively referred to as "the Parties"), by and through their counsel of record, hereby submit this Joint Notice of Conditional Settlement.

The Parties to this action have resolved this mater and completed an agreement to settle all claims in this matter. Plaintiff Keela Castle and Defendant Adam Woods have executed the agreement. Defendant County must obtain approval of the settlement from the Los Angeles's Board of Supervisors ("BOS").

Based on the representations of Counsel for Defendant County, the BOS approval process is expected to take four (4) to six (6) months from November 1, 2019.  Within 45 days of the BOS's approval of the Parties' settlement agreement, Defendants will file a dismissal after satisfactory completion of all terms and conditions, including payment, by the Parties.

Accordingly, the Parties' respectfully request that this Court vacate all deadlines governing this case and schedule an Order to Show Cause hearing regarding the BOS's approval of the settlement agreement in six (6) months. In the unlikely event that the BOS does not approve the settlement agreement, the Parties will request a further case management conference to schedule new case management deadlines.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 5, 2019 | ALLRED MAROKO GOLDBERG |
| 2 | | |
| 3 | | By: ___/s/ Kirby F. Canon_____ |
| 4 | | María G. Díaz, Esq.<br>Kirby F. Canon, Esq. |
| 5 | | 6300 Wilshire Boulevard, Ste. 1500<br>Los Angeles, CA 90048 |
| 6 | | Telephone:  (323) 653-6530<br>Facsimile:   (323) 653-1660 |
| 7 | | |
| 8 | | *Attorneys for Plaintiff* **KEELA CASTLE** |
| 9 | | |
| 10 | Dated: November 5, 2019 | LIBERTY CASSIDY WHITMORE |
| 11 | | |
| 12 | | By: ___/s/ Geoffrey S. Sheldon_____ |
| 13 | | Geoffrey S. Sheldon, Esq.<br>Danny Y. Yoo, Esq. |
| 14 | | 6033 West Century Boulevard, 5th Floor<br>Los Angeles, CA  90045 |
| 15 | | Telephone:   (310) 981-2000<br>Facsimile:    (310) 337-0837 |
| 16 | | |
| 17 | | *Attorneys for Defendant* **COUNTY OF LOS ANGELES** |
| 18 | | |
| 19 | | |
| 20 | Dated: November 5, 2019 | COLLINS COLLINS MUIR & STEWART |
| 21 | | By: ___/s/ Vanessa A. Evangelista_____ |
| 22 | | Tomas A. Guterres, Esq.<br>Vanessa A. Evangelista, Esq. |
| 23 | | 1100 El Centro Street |
| 24 | | South Pasadena, CA 91030<br>Telephone: (626) 243-1100 |
| 25 | | Facsimile:  (626) 243-1111 |
| 26 | | *Attorneys for Defendant* **ADAM WOODS** |
| 27 | | |
| 28 | | |

**THE PARTIES' JOINT NOTICE OF  CONDITIONAL SETTLEMENT**

# SIGNATURE ATTESTATION

I, Kirby F. Cañon, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2019          ALLRED MAROKO GOLDBERG

By:     */s/ Kirby F. Canon*
María G. Díaz, Esq.
Kirby F. Canon, Esq.
6300 Wilshire Boulevard, Ste. 1500
Los Angeles, CA 90048
Telephone: (323) 653-6530
Facsimile: (323) 653-1660

*Attorneys for Plaintiff* **KEELA CASTLE**