María G. Díaz, SBN 220087
Kirby F. Cañon, SBN 276414
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California  90048-5217
Telephone No. (323) 653-6530
Fax No. (323) 653-1660
mdiaz@amglaw.com
kcanon@amglaw.com

**Attorneys for** <u>Plaintiff,</u> **KEELA CASTLE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELA CASTLE, an Individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, A Public Entity; ADAM WOODS, an Individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-02355-JAK (FFMx)<br><br>**THE PARTIES' STIPULATION OF DISMISSAL**<br><br>Action Filed: February 22, 2019 |

**TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between the Parties to this action, Plaintiff, Keela Castle and Defendants, County of Los Angeles and Adam Woods, through their designated counsel, María G. Díaz and Kirby F. Cañon, Allred,

1  Maroko & Goldberg, Geoffrey S. Sheldon, Danny Y. Yoo, and Kaylee E. Feick,
2  Liebert Cassidy Whitmore, and Tomas A. Guterres, Robert R. Yap and Vanessa A.
3  Evangelista, Collins Collins Muir + Stewart LLP, that the Complaint and entire
4  action in the above-captioned case be dismissed with prejudice pursuant to Fed. R.
5  Civ. P. 41(a)(1).  Each party to bear its own attorney's fees and costs.

7  Date: May 5, 2020                    ALLRED MAROKO GOLDBERG

9                                       By: /s/ María G. Díaz
10                                          María G. Díaz
                                            Kirby F. Cañon, Attorneys for
11                                          Plaintiff, **KEELA CASTLE**

14  Date: May 5, 2020                   LIEBERT CASSIDY WHITMORE

16                                      By: /s/ Danny Y. Yoo
17                                          Geoffrey S. Sheldon
                                            Danny Y. Yoo
18                                          Kaylee E. Feick, Attorneys for
19                                          Defendant, **COUNTY OF LOS**
                                            **ANGELES**

23  Date: May 5, 2020                   COLLINS COLLINS MUIR STEWART LLP

25                                      By: /s/ Vanessa A. Evangelista
                                            Tomass A. Guterres
26                                          Robert R. Yap
27                                          Vanessa A. Evangelista, Attorneys for
                                            Defendant, **ADAM WOODS**

- 2 -
THE PARTIES' STIPULATION OF DISMISSAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048. On **May 5, 2020**, I served the within document: **THE PARTIES' STIPULATION OF DISMISSAL** on the interested stated below, by the following means of service:

*Via Personal Service*

**Attorneys for Defendant, COUNTY OF LOS ANGELES**

Geoffrey S. Sheldon
Danny Y. Yoo
Kaylee E. Feick
**LIEBERT CASSIDY WHITMORE**
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: (310) 981-2000
Facsimile: (310) 337-0837
Email: gsheldon@lcwlegal.com
Email: dyoo@lcwlegal.com
Email: kfeick@lcwlegal.com

*Via U.S. Mail*

**Attorneys for Defendant, ADAM WOODS**

Tomas A. Guterres
Robert R. Yap
Vanessa A. Evangelista
**COLLINS COLLINS MUIR + STEWART LLP**
1100 El Centro Street
South Pasadena, CA 91030
Telephone: (626) 243-1100
Facsimile: (626) 243-1111
Email: tguterres@ccmslaw.com
Email: ryap@ccmslaw.com
Email: vevangelista@ccmslaw.com

1  [X]  **By Electronic Transfer to the CM/ECF System:** On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

[]  **By Mail:** As Follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after  the date of deposit for mailing in affidavit.

[]  **By Overnight Courier:** I caused the above-referenced   document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth above.

[]  **By Personal Service:** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set     forth above.

[X]  **(Federal)**  I declare under penalty of perjury that the foregoing is trueand correct.

Executed on **May 5, 2020**, at Los Angeles, California.

　　　　　　　　　　　　　　　　_/s/ Josie Peña_
　　　　　　　　　　　　　　　　　Josie Peña